# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| NORRIS DEWAYNE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-109-WS-N |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Norris Dewayne Johnson's petition for habeas corpus relief under 28 U.S.C. § 2255 (Doc. 48) be **DISMISSED with prejudice**. It is further **ORDERED** that Johnson is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Johnson is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 8th day of June, 2017.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**