# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| NORRIS DEWAYNE JOHNSON | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 13-109-WS-N |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Norris Dewayne Johnson's 28 U.S.C. § 2255 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Johnson, and that Johnson is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 8th day of June, 2017.

            **s/WILLIAM H. STEELE**
            **UNITED STATES DISTRICT JUDGE**